# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1869
_____

WALTER JIM ROBERSON JR.,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

April 16, 2026

PER CURIAM.

DENIED.

RAY, WINOKUR, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Walter Jim Roberson Jr., pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.